1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   DANIEL R. KALEBA  (CABN 223789)
    Assistant United States Attorney
5       150 Almaden Boulevard, Suite 900
        San Jose, CA 95113
6       Telephone: (408) 535-5061
        Fax:  (408) 535-5066
7       E-Mail:  daniel.kaleba@usdoj.gov

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE  DIVISION
12

13  UNITED STATES OF AMERICA,        )   No. CR 11-00620 DLJ
                                     )       CR 11-00709 DLJ
14          Plaintiff,                )
                                     )
15      v.                           )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE STATUS
16  ROSA MARIA MARTINEZ,             )   APPEARANCE AND EXCLUDING TIME
                                     )   FROM FEBRUARY 9, 2012 TO MARCH
17          Defendant.                )   8, 2012
                                     )
18  ─────────────────────────────────

19      The defendant, ROSA MARIA MARTINEZ, represented by Bruce Funk, Esquire, and

20  the government, represented by Daniel R. Kaleba, Assistant United States Attorney, jointly

21  request that the appearance set for February 9, 2012 be continued to March 8, 2012. Counsel for

22  the defendant is currently in a jury trial in federal court, and is unavailable on February 9, 2012.

23  His next available date is March 8, 2012.  Further, the parties have discussed a resolution in the

24  matter, and both parties would  benefit from additional time to conduct the necessary

25  investigation, including into both the facts of this case, as well as the criminal history of the

26  defendant, to reach a possible resolution.

27  //

28  //


STIP. AND [PROPOSED] ORDER

The parties also jointly request an exclusion of time under the Speedy Trial Act between February 9, 2012 and March 8, 2012, because additional time is necessary to review the discovery and to conduct necessary investigation.

IT IS SO STIPULATED.

Dated: February 8, 2012

/s/
BRUCE C. FUNK
Attorney for Defendant
ROSA MARTINEZ

Dated: February 8, 2012

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 9, 2012 and March 8, 2012 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 9, 2012 and March 8, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 9, 2012 and March 8, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: ~~2/8/12~~

D. LOWELL JENSEN
United States District Judge

STIP. AND ~~[PROPOSED]~~ ORDER                    -2-