1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail:  daniel.kaleba@usdoj.gov

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE  DIVISION
12

13 UNITED STATES OF AMERICA,        )     No. CR 11-00620 DLJ
                                    )         CR 11-00709 DLJ
14     Plaintiff,                   )
                                    )     STIPULATION AND []
15     v.                           )     ORDER TO CONTINUE STATUS
                                    )     APPEARANCE AND EXCLUDING TIME
16 ROSA MARIA MARTINEZ,             )     FROM APRIL 19, 2012 TO MAY 31, 2012;
                                    )     REFERRAL TO PROBATION OFFICE
17     Defendant.                   )     FOR PRE-PLEA PRESENTENCE
                                    )     CRIMINAL HISTORY ONLY REPORT
18

19     The defendant, ROSA MARIA MARTINEZ, represented by Bruce Funk, Esquire, and

20 the government, represented by Daniel R. Kaleba, Assistant United States Attorney, jointly

21 request that the appearance set for April 19, 2012 be continued to May 31, 2012.  The parties

22 have reached an agreement in principle concerning a proposed resolution of the case.  Both

23 parties request the preparation of a Presentence Criminal History Only Report by the United

24 States Probation Office to assist with evaluating the defendant's potential sentencing exposure

25 under the United States Sentencing Guidelines.  Consequently, the parties request this Court

26 refer this matter to the Probation Office to prepare such a Report.

27 //

28 //

STIP. AND [] ORDER

1   The parties also jointly request an exclusion of time under the Speedy Trial Act between
2   April 19, 2012 and May 31, 2012, for the completion of the pre-plea Presentence Criminal
3   History Report, and to promote the continuity of counsel in the resolution of this matter..
4   IT IS SO STIPULATED.

6   Dated: April 9, 2012                              /s/
                                                BRUCE C. FUNK
7                                               Attorney for Defendant
                                                ROSA MARTINEZ

10  Dated: April 9, 2012                              /s/
                                                DANIEL R. KALEBA
11                                              Assistant United States Attorney

13  Based upon the representation of counsel and for good cause shown, the Court finds that
14  failing to exclude the time between April 9, 2012 and May 31, 2012 would unreasonably deny
15  the defendant continuity of counsel and would deny counsel the reasonable time necessary for
16  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
17  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
18  between April 9, 2012 and May 31, 2012 from computation under the Speedy Trial Act outweigh
19  the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY
20  ORDERED that the time between April 9, 2012 and May 31, 2012 shall be excluded from
21  computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
22  IT IS FURTHER ORDERED that this matter is referred to the United States Probation
23  Office to prepare a Presentence Criminal History Only Report for the above named defendant,
24  and the parties shall assist the Probation Office as necessary in the preparation of such a Report.

27  DATED: _____                    _____
                                                D. LOWELL JENSEN
28                                              United States District Judge

STIP. AND [] ORDER                          -2-