1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1501950)
   DANIEL R. KALEBA  (CABN 223789)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
7     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
8     E-Mail:  daniel.kaleba@usdoj.gov

9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE  DIVISION

13  UNITED STATES OF AMERICA,       )   Nos.  CR 11-00620 DLJ
                                    )         CR 11-00709 DLJ
14       Plaintiff,                 )
                                    )
15       v.                         )   STIPULATION AND []
                                    )   ORDER TO CONTINUE SENTENCING
16  ROSA MARIA MARTINEZ,            )   DATE
                                    )
17       Defendant.                 )
                                    )
18

19       On June 7, 2012, the defendant entered guilty pleas in the above referenced matters.  The

20  Court set a sentencing date of August 13, 2012.  The parties request additional time to prepare for

21  sentencing, in particular, to conduct the necessary investigation to ensure the Probation Office

22  and the Court has information relevant to sentencing.

23  //
24  //
25  //
26  //
27  //
28  //

    STIPULATION

1 | Accordingly, the parties jointly stipulate and request the sentencing date be continued to September 27, 2012.

Dated: August 13, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Dated: August 13, 2012

/s/
BRUCE C. FUNK
Attorney for Rosa Maria Martinez

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the August 13, 2012 sentencing of the defendant is hereby continued to September 27, 2012.

Dated: ÌEDGEFG

HON. D. LOWELL JENSEN
United States District Judge

STIPULATION                              2