1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1501950)
   DANIEL R. KALEBA  (CABN 223789)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
7     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
8     E-Mail:  daniel.kaleba@usdoj.gov

9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE  DIVISION

13 | UNITED STATES OF AMERICA,     )   Nos.  CR 11-00620 DLJ
                                   )         CR 11-00709 DLJ
14 |      Plaintiff,                )
                                   )
15 |      v.                        )   STIPULATION AND []
                                   )   ORDER TO CONTINUE SENTENCING
16 | ROSA MARIA MARTINEZ,          )   DATE
                                   )
17 |      Defendant.                )
                                   )
18

19     Defendant Rosa Martinez is set to be sentenced on September 27, 2012.  The parties have

20 been advised by the Probation Office that its presentence investigation is ongoing.  The parties

21 jointly request additional time for sentencing to allow the necessary investigation by the defense

22 and the Probation Office to ensure the Court has information relevant to sentencing.

23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION

1 | Accordingly, the parties jointly stipulate and request the sentencing date be continued to
2 | October 18, 2012.

5 | Dated: September 18, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Dated: September 18, 2012

/s/
BRUCE C. FUNK
Attorney for Rosa Maria Martinez

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the September 27, 2012 sentencing of the defendant is hereby continued to October 18, 2012.

Dated: JECí ÐFG

_____
HON. D. LOWELL JENSEN
United States District Judge

STIPULATION                                    2