AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Rosa Martinez | ) | Case No: CR-11-00620-001 RMW |
| | ) | USM No: 16370-111 |
| Date of Original Judgment: 12/06/2012 | ) | |
| Date of Previous Amended Judgment: | ) | Gabriela Bischof (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __70__ months **is reduced to** __60 months*__.

*(Complete Parts I and II of Page 2 when motion is granted)*

*60 months, but not less than the time of imprisonment the defendant has served as of

November 1, 2015; to run concurrently to Counts One and Two in Docket No. CR 11-00709 RMW.

Except as otherwise provided, all provisions of the judgment dated __12/06/2012__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 9/1/2015

*Ronald M. Whyte* (signature)
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Honorable Ronald M. Whyte, Senior U.S. District Judge
*Printed name and title*